UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SCOTT ROSS MCGOWAN (#1400037798)

VERSUS

BEN BALLARD, ET AL.

CIVIL ACTION

23-23-SDD-EWD

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Judge Erin Wilder-Doomes dated March 20, 2024, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus Under 28 U.S.C § 2241 of Petitioner Scott Ross McGowan is DISMISSED WITHOUT PREJUDICE as unexhausted. Further, if McGowan seeks to appeal, a certificate of appealability is DENIED.

Signed in Baton Rouge, Louisiana the 25 day of April, 2024.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 2.